

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00266-CV

**TCOE, INC.**,
Appellant

v.

**SA QUAD VENTURES, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV00153
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the county court's judgment is AFFIRMED.

We order that appellee SA Quad Ventures LLC recover its costs of appeal from appellant TCOE, Inc.

SIGNED June 26, 2019.

_____
Beth Watkins, Justice